IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

    **Petitioner,**

v.                                    Case No. 3:24-cv-467-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Matthew Tobin sought § 2254 relief here. The magistrate judge issued a report and recommendation, concluding the court should dismiss the petition as untimely. ECF No. 12. Although Tobin did not file any objections, he did appeal the report and recommendation to the Eleventh Circuit. ECF No. 14. That appeal remains pending. Because the appeal was of a nonfinal order, it does not deprive this court of jurisdiction. *See Stansell v. Revolutionary Armed Forces of Colombia*, 120 F.4th 754, 763 (11th Cir. 2024). Tobin sent the Eleventh Circuit a memorandum and an "addendum to appeal." ECF No. 17. The Eleventh Circuit forwarded those documents here, and I have considered their contents as objections to the report and recommendation.

Having carefully considered the report and recommendation, and having considered de novo the issues raised in Tobin's filing (ECF No. 17), I now adopt the

1

report and recommendation and incorporate it into this order. The petition is untimely, and it will be dismissed.

The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on January 22, 2025.

s/ *Allen Winsor*  
United States District Judge